IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CHARLES DWAYNE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-0089 |
| | ) | Chief Judge Haynes |
| DEPARTMENT OF PROBATION, | ) | |
| JAMIE STAGGS, ANGELA SWANSON, | ) | |
| PUBLIC DEFENDERS OFFICE and | ) | |
| BOB STOVALL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff Charles Dwayne Jackson's *pro se* complaint (Docket Entry No. 1). The Court entered an order on July 25, 2014 denying Plaintiff's application to proceed in this action *in forma pauperis* (Docket Entry No. 2), but without prejudice to Plaintiff's ability to provide additional information in support of his claim that he is entitled to proceed as a pauper. The Court granted Plaintiff 30 days to remit the full filing fee of $400.00 or alternatively to submit such additional information about his financial situation.

Plaintiff has now submitted a letter to the Court (Docket Entry No. 7), in which he states that he is unsure how much money is in his outside account and that he is unable to obtain information regarding his account or his disability payments from inside the jail. Although vague, Plaintiff's letter establishes that he does not have access to his outside account while he is incarcerated and that the funds in the outside account are from disability payments, which

Plaintiff does not receive while he is in jail. Based on this additional information, the Court hereby **GRANTS** Plaintiff pauper status.

Pursuant to 28 U.S.C. §§ 1915(b) and 1914(a), Plaintiff is nonetheless assessed the $350.00 civil filing fee. The Administrator of the Lawrence County Jail is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to Plaintiff's credit at the jail; or (b) 20% of the average monthly balance to Plaintiff's credit for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, the custodian shall submit 20% of Plaintiff's preceding monthly income (or income credited to Plaintiff for the preceding month), but only when Plaintiff's monthly income exceeds $10.00. 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. 28 U.S.C. § 1915(b)(3).

The Clerk of Court **MUST** send a copy of this order to the Administrator of the Lawrence County Jail to ensure compliance with that portion of 28 U.S.C. § 1915 pertaining to the payment of the filing fee. If Plaintiff is transferred from his present place of confinement, the Administrator must ensure that a copy of this order follows Plaintiff to his new place of confinement, for continued compliance herewith. All payments made pursuant to this order must be submitted to the Clerk of Court for the United States District Court for the Middle District of Tennessee, 801 Broadway, Nashville, TN 37203.

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice.** 28 U.S.C. § 1915(e)(2).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 4th day of September, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court